UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MORENO, | : | |
| Plaintiff | : | |
| v. | : | Civil No. 3:CV-02-1181 |
| STEVE DATCHKO, ET AL., | : | (Judge Conaboy) |
| Defendants | : | |

FILED
SCRANTON

AUG 18 2006

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## **MEMORANDUM AND ORDER**

Following the Pretrial Conference held in this case on August 16, 2006, Counsel were directed to report to this Court when the Petitioner received a medical report regarding the allegations in this case.

On this date, August 18, 2006, the Court conducted a telephone conference with Counsel from both Parties and the Court was informed that the medical report had been received by the Petitioner and that a copy of it was submitted to and received by Defense Counsel.

As a result of the foregoing, Defense Counsel informed the Court that the Defendants would need 30 plus days to have the report reviewed and determine whether or not there was any need for further action regarding medical examinations and reports by the Defendant.

As a result of the foregoing, both Counsel requested that this Court continue the trial date which is presently set for Monday, September 18, 2006.

The Court agreed to continue the trial date and as a result of this conference the following Order is entered:

**AND NOW THIS 18TH DAY OF AUGUST, 2006, IT IS ORDERED AS FOLLOWS:**

1. The trial date of September 18, 2006, previously entered in this case is continued generally.

2. Counsel for Plaintiff and Defendant will submit a Joint Status Report to this Court on or before Friday, September 29, 2006. Thereafter, this Court will set a new date for the trial in this matter.

8/18/06

RICHARD P. CONABOY
UNITED STATES DISTRICT JUDGE